CO 526 Rev. 5/2018

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )

                     )

       vs.          )    Criminal Case No.: 24-cr-0184 (LLA)

                     )

CHRISTOPHER GUTIERREZ    )

                     )

                     )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

**Julie Bessler** Digitally signed by Julie Bessler
Date: 2024.04.25 10:40:26 -04'00'
_____
Assistant United States Attorney

Approved:

_____    Date: _____

Loren L. AliKhan

**United States District Judge**